

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00571-CV

**Ted Kaldis aka Ted Lefteris Kaldis**

v.

**Crest Finance**

NO. 2012-71189 IN THE 281ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/15/2015 | E-PAID | ANT |
| MT FEE | $15.00 | 04/17/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/27/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/16/2015 | E-PAID | APE |
| MT FEE | $10.00 | 10/03/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/19/2014 | E-PAID | ANT |
| RPT RECORD | $610.00 | 08/20/2014 | PAID | ANT |
| CLK RECORD | $74.00 | 07/31/2014 | PAID | ANT |
| FILING | $175.00 | 07/21/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 07/21/2014 | PAID | ANT |
| MT FEE | $10.00 | 07/11/2014 | E-PAID | APE |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $954.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this July 24, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT